NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNY A. NOBLES, | ) | No. C 11-01971 JF (PR) |
| Petitioner, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN* |
| vs. | ) ) | *FORMA PAUPERIS* APPLICATION |
| NOLL, Warden, | ) ) | |
| Respondent. | ) ) ) | |

    On April 22, 2011, Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On that same day, the clerk of the Court sent a notification to Petitioner that his petition was deficient because he did not pay the filing fee or file an In Forma Pauperis Application. (Docket No. 2.)

    On May 17, 2011, Petitioner filed a letter with the Court concerning his in forma pauperis application and requesting a thirty day extension of time. (Docket No. 3.) The Court notes that the application filed thereafter on May 24, 2011is deficient because it is missing necessary documents, *i.e.*, the Certificate of Funds and a copy of his prisoner trust account statement showing transactions for the last six months. (See Docket No. 4.) Accordingly, the Court will grant the motion, and extend the time for Petitioner to file the

Order Granting Ext. Of Time to File IFP
P:\PRO-SE\SJ.JF\HC.11\01971Nobles_eot-ifp.wpd

1

1 necessary documents to complete his In Forma Pauperis Application.  Petitioner must file
2 the missing documents **no later than thirty (30) days** from the date this order is filed.
3 **Failure to comply with the Court's order in a timely manner will result in the**
4 **dismissal of the case without prejudice for failure to pay the filing fee.**
5 The clerk shall include two blank copies of the court's In Forma Pauperis
6 Application with a copy of this order to Petitioner.
7 IT IS SO ORDERED.
8 DATED: __6/8/11_____   _____
                                          JEREMY FOGEL
9                                          United States District Judge

Order Granting Ext. Of Time to File IFP
P:\PRO-SE\SJ.JF\HC.11\01971Nobles_eot-ifp.wpd     2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DENNY A. NOBLES,

        Petitioner,

  v.

NOLL, Warden,

        Respondent.
                                  /

Case Number: CV11-01971 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/16/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Denny A. Nobles K-52359
Correctional Training Facility-North
P.O. Box 705
RA 232
Soledad, CA 93960

Dated: 6/16/11

                                            Richard W. Wieking, Clerk