1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
DENNY A. NOBLES,                              No. C 11-1971 WHA (PR)
10
              Petitioner,                     **JUDGMENT**
11
    v.
12
NOLL, Warden,
13
              Respondents.
14
                                          /
15
            Pursuant to the court's order entered today, a judgment of dismissal is hereby entered.
16
Petitioner shall receive no relief by way of his petition.
17
            **IT IS SO ORDERED.**
18
19    Dated: June ___12___, 2012.
20                                            WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27    N:\NOBLES1971.JUD.hhl.wpd
28

United States District Court
For the Northern District of California