IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNY A. NOBLES,            No. C 11-1971 WHA (PR)

    Petitioner,           **JUDGMENT**

  v.

NOLL, Warden,

    Respondents.
_____/

    Pursuant to the court's order entered today, a judgment of dismissal is hereby entered. Petitioner shall receive no relief by way of his petition.

    **IT IS SO ORDERED.**

Dated: June __12__, 2012.

                                   WILLIAM ALSUP
                                   UNITED STATES DISTRICT JUDGE

N:\NOBLES1971.JUD.hhl.wpd